UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-18-20
```

VENTURE GROUP ENTERPRISES, INC.,

        Plaintiff,

v.

VONAGE BUSINESS INC. *formerly known as* VONAGE BUSINESS LTD.,

        Defendant.

20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by August 21, 2020, as directed in the Court's May 29, 2020 Order. *See* Dkt. 7. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    August 18, 2020
           New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge