UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.

                Plaintiff,

         v.

VONAGE BUSINESS INC.,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/4/21

20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court understands that fact discovery remains ongoing in this case, and that each party continues to take issue with the other party's discovery responses. Some of these disputes are pending before Magistrate Judge Wang. *See* Dkt. 70 (Vonage's letter motion for a Local Rule 37.2 conference); Dkt. 72 (indicating that Venture may "make its own request for a pre-motion conference"). Accordingly, the post-discovery conference scheduled for January 8, 2021, is hereby adjourned *sine die*. The parties are instructed to submit a joint status update no later than one week after the close of fact discovery, at which time the Court will reschedule the post-discovery conference.

SO ORDERED.

Dated:    January 4, 2021
             New York, New York

                                            RONNIE ABRAMS
                                       United States District Judge