**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

VENTURE GROUP ENTERPRISES, INC.,   :

       :

      Plaintiff,   :     20-CV-4095 (RA) (OTW)

       :

    -against-   :     <u>ORDER</u>

       :

VONAGE BUSINESS INC. *formerly known*   :

*as* VONAGE BUSINESS LTD.,   :

       :

     Defendant.   :

------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed ECF 86. The action is **STAYED** *sine die*. The parties shall file a

joint status letter by July 2, 2021 regarding the status of mediation.

      **SO ORDERED.**

              *s/ Ona T. Wang*

Dated: June 9, 2021               **Ona T. Wang**
     New York, New York        United States Magistrate Judge