**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

VENTURE GROUP ENTERPRISES, INC.,  :
                                  :
                   Plaintiff,     :                20-CV-4095 (RA) (OTW)
                                  :
          -against-               :                **ORDER**
                                  :
VONAGE BUSINESS INC. *formerly known* :
*as* VONAGE BUSINESS LTD.,        :
                                  :
                   Defendant.     :
                                  :
---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed ECF 88. The parties shall submit proposed updated discovery

deadlines by **July 9, 2021**. The Clerk of Court is respectfully directed to lift the STAY of this case.


        **SO ORDERED.**



                                         *s/ Ona T. Wang*
Dated: July 6, 2021                         **Ona T. Wang**
      New York, New York                 United States Magistrate Judge