USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.

                Plaintiff,

        v.

VONAGE BUSINESS INC.,

                Defendant.

20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      A telephone conference is hereby scheduled for September 15, 2021 at 11:00 a.m. Counsel shall use the following information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. If it is not feasible for the parties to appear telephonically at that time, they shall file a joint letter on ECF notifying the Court and including several proposed alternative dates and times.

SO ORDERED.

Dated:    September 2, 2021
             New York, New York

                                        RONNIE ABRAMS
                                        United States District Judge