**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

VENTURE GROUP ENTERPRISES, INC.,

          Plaintiff,

          -against-

VONAGE BUSINESS INC.,

          Defendant.

-------------------------------------------------------------x

20-CV-4095 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a Status Conference on **December 2, 2021 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Pursuant to the instructions given at the September 30, 2021 Status Conference, Vonage's motion for sanctions is due **October 22, 2021**; Venture's opposition is due **November 12, 2021**; and Vonage's reply, if any, is due **November 19, 2021**. The parties shall submit a joint status letter on **November 30, 2021**. The parties shall comply with all other rulings made on the record at the September 30, 2021 Status Conference.

      **SO ORDERED.**

Dated:  October 5, 2021
       New York, New York

                            _s/ Ona T. Wang_
                            **Ona T. Wang**
                            United States Magistrate Judge