**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
VENTURE GROUP ENTERPRISES, INC.,                :
                                                :
                Plaintiff,         :     20-CV-4095 (RA) (OTW)
                                                :
                -against-         :     **ORDER**
                                                :
VONAGE BUSINESS INC.,                           :
                                                :
                Defendant.         :
                                                :
----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of six letters filed by the parties since February 4, 2022. (ECF 141-46). The parties' request for an extension of the expert discovery deadline until **March 9, 2022** is **GRANTED**.

ECF 141 through 146 contain impermissible briefing on Vonage's spoliation motion. Future letter writing campaigns may be stricken from the docket without further notice. The parties **shall** each submit letter briefs limited to three single-spaced pages by **February 18, 2022**. There shall be no replies. If the parties refer to deposition testimony, they must provide a copy of the **entire** deposition transcript.

      SO ORDERED.

                                                        *s/ Ona T. Wang*

Dated:  February 14, 2022                   **Ona T. Wang**
         New York, New York              United States Magistrate Judge