UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VENTURE GROUP ENTERPRISES, INC., :
:
                       Plaintiff, :    20-CV-4095 (RA) (OTW)
:
                     -against- :    **ORDER**
:
VONAGE BUSINESS INC., :
:
                     Defendant. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to rulings made on the record at the August 5, 2022, status conference, the briefing schedule for Defendant's *Daubert* motion (ECF 169) is as follows:

- Plaintiff's Opposition to Defendant's *Daubert* motion is due on **October 5, 2022**.

- Defendant's Reply to Plaintiff's Opposition is due on **November 4, 2022**.

The briefing schedule for the pending summary judgment motion is unchanged. *See* ECF 157.

**SO ORDERED.**

Dated:  August 5, 2022                             *s/ Ona T. Wang*
        New York, New York                 **Ona T. Wang**
                                                          United States Magistrate Judge