UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.,

                    Plaintiff,

-v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                    Defendant.

No. 20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the parties' disagreement about the next steps in this litigation as outlined in their joint letter submitted on November 20, 2023, counsel for all parties shall appear for a status conference on December 6, 2023 at 4:00 p.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    December 1, 2023
              New York, New York

_____
Ronnie Abrams
United States District Judge