UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURE GROUP ENTERPRISES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD., <br><br> Defendant. | No. 20-CV-4095 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at the conference held today, a bench trial is hereby scheduled to begin on February 12, 2024 at 11:00 a.m. No later than December 13, 2023, the parties are to submit a joint letter proposing a schedule for pretrial submissions.

SO ORDERED.

Dated:   December 6, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge