UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.,

                    Plaintiff,

          -v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                    Defendant.

No. 20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As the parties are aware, a bench trial is scheduled to begin on February 12, 2024 at 11:00 a.m. The parties shall file any motions *in limine* by January 26, 2024. Any opposition or response to such motions *in limine* shall be filed by February 2, 2024. No later than February 5, 2024, the parties shall submit: a joint pretrial order; documentary exhibits; deposition excerpts which will be offered as substantive evidence (as well as a one-page synopsis of those excerpts for each deposition); and copies of affidavits constituting the direct testimony of trial witnesses who will not be testifying in person. A final pretrial conference is scheduled for February 9, 2024 at 3:30 p.m.

      In addition, the parties shall exchange witness lists, deposition designations, and a statement of damages claimed by January 5, 2024; exhibit lists by January 12, 2024; and counter-deposition designations and objections by January 19, 2024.

      The Court will waive the submission of proposed findings of fact at this time. Although a formal pretrial memorandum of law is not necessary, the parties shall advise the Court of the law they seek for the Court to apply in assessing damages as part of their February 5th pretrial

submissions.

Finally, the Court grants Venture Business Inc.'s application to present its direct witness testimony in person in lieu of submitting written affidavits. For all other matters, the parties shall proceed in accordance with Rule 6 of this Court's Individual Rules & Practices in Civil Cases.

SO ORDERED.

Dated:   December 18, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge