**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
VENTURE GROUP ENTERPRISES, INC.,     :
                                                              :
                            Plaintiff,     :          20-CV-4095 (RA) (OTW)
                                                               :
                            -against-     :          **ORDER**
                                                                :
VONAGE BUSINESS INC.,     :
                                                                :
                            Defendant.     :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On December 19, 2023, I issued an Opinion & Order awarding fees under Rule 37(a)(5) to Defendant in connection with briefing and resolving Plaintiff's motions to seal (ECF Nos. 118 and 125). (ECF 255).

Having resolved the issue of fees relating to ECF 118 and 125, Defendant is now directed to inform the Court **by January 12, 2024** whether it wishes to renew its motion for fees incurred in connection with Plaintiff's other motions to seal (ECF Nos. 200 and 211), Defendant's motion to provisionally seal (ECF 195), and addressing the third-party-verification recordings ("TPV Recordings") issue. *See* ECF 208, Appendices "C" and "D"; ECF 219, Appendix "A".

Defendant is also directed to confer with Plaintiff about whether they can agree on a briefing schedule for such a motion for fees **by January 12, 2024**. If Plaintiff and Defendant cannot agree, Defendant shall file its own proposed briefing schedule.

**SO ORDERED.**

                                                                                    *s/ Ona T. Wang*

Dated:  December 20, 2023                         **Ona T. Wang**
          New York, New York                         United States Magistrate Judge