UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.,

                          Plaintiff,

              -v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                          Defendant.

No. 20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 282, 285, and 288, all of which were decided at the final pretrial conference on February 9, 2024.

SO ORDERED.

Dated:    February 15, 2024
               New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge