

*Application granted. The parties shall jointly submit a status letter no later than May 31, 2024.*

*SO ORDERED.*

_____

Hon. Ronnie Abrams
March 8, 2024

**Joseph A. Boyle**

Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Tel: (973) 503-5920
Fax: (973) 503-5950
jboyle@kelleydrye.com

March 8, 2024

**By eFile**

Hon. Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Venture Group Enterprises, Inc. v. Vonage Business Inc.*, No. 1:20-cv-04095-RA-OTW

Dear Judge Abrams:

    We write to the Court to provide an update regarding the parties' discussions subsequent to the February 9, 2024 pretrial hearing. The parties have agreed to attempt to resolve their objections to trial exhibits and deposition designations based upon the Court's *in limine* rulings at the pretrial hearing (ECF No. 296). In addition, the parties have scheduled mediation on April 8, 2024. Lastly, Venture has notified Vonage that Ariel Collis will be added to Venture's witness list as a potential witness for Venture's case in chief, based on the Court's ruling on Venture's *in limine* motion.

    Given the progress that the parties have made, they do not believe that the in-person status conference scheduled for March 11, 2024 is necessary, and therefore, they respectfully request that the Court adjourn said conference. If the Court agrees to the adjournment, the parties will submit a joint letter updating the Court by the end of May 2024 to address any unresolved objections to trial exhibits and deposition designations based on the Court's *in limine* rulings.

Hon. Ronnie Abrams
March 8, 2024

Respectfully submitted,

| | |
|---|---|
| By: */s/ David J. Fioccola*<br>PROSKAUER ROSE LLP<br>Grant J. Esposito<br>David J. Fioccola<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>Email:  gesposito@proskauer.com<br>          dfioccola@proskauer.com | By: */s/ Joseph A. Boyle*<br>KELLEY DRYE & WARREN LLP<br>Joseph A. Boyle<br>Vincent P. Rao II<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>Email:  jboyle@kelleydrye.com<br>          vrao@kelleydrye.com |