UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VENTURE GROUP ENTERPRISES, INC.,

                    Plaintiff,

        -v-

VONAGE BUSINESS INC. f/k/a VONAGE
BUSINESS LTD.,

                    Defendant.

---

No. 20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court writes to advise the parties of a potential conflict about which it has just become aware. My husband, a partner at Davis Polk & Wardwell, LLP, represents the Board of Ericsson, which the Court understands acquired Vonage Holdings Corp. on July 21, 2022 as a wholly owned subsidiary. *See* Press Release, Ericsson, *Ericsson Completes Acquisition of Vonage* (July 21, 2022 13:00 GMT).[1] If either party seeks for the Court to recuse itself, s*ee* 28 U.S.C. § 455, it shall submit a letter to that effect no later than April 18, 2024. Any response to such a letter may be submitted no later than April 25, 2024.

SO ORDERED.

Dated:       March 18, 2024
              New York, New York

                                        Ronnie Abrams
                                        United States District Judge

---

[1] Available at https://www.ericsson.com/en/press-releases/2022/7/ericsson-completes-acquisition-of-vonage.