UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VENTURE GROUP ENTERPRISES, INC.,

                    Plaintiff,

        -v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                    Defendant.

No. 20-CV-4095 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As the parties are aware, earlier today the Court issued an opinion on damages for Vonage's breach of contract counterclaim. On October 30, 2024 at 3:30 p.m., the Court will hold a status conference at the Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 1506, New York, NY 10007. The parties shall be prepared to discuss the outstanding matters before the Court and Magistrate Judge Stein. Should the parties be unavailable for a conference at that time, they shall jointly file a letter proposing alternate dates and times of availability.

SO ORDERED.

Dated:    October 16, 2024
             New York, New York

                                                    Hon. Ronnie Abrams
                                                    United States District Judge