UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VENTURE GROUP ENTERPRISES, INC., <br><br> Plaintiff, <br><br> -v- <br><br> VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD., <br><br> Defendant. | No. 20-CV-4095 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

For the reasons stated on the record at yesterday's hearing, Plaintiff's objections to Judge Wang's December 19, 2023 Opinion and Order, ECF No. 255, are sustained. Accordingly, to the extent that Order imposes costs and fees in connection with Plaintiff's motions to seal, it is vacated.

SO ORDERED.

Dated: November 8, 2024
 New York, New York

_____
Hon. Ronnie Abrams
United States District Judge