UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VENTURE GROUP ENTERPRISES, INC.,

                     Plaintiff,

        -v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                     Defendant.

No. 20-CV-4095 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at the conference on January 24, 2025, the parties are directed to reach out to Magistrate Judge Stein to schedule a settlement conference no later than February 7, 2025.

SO ORDERED.

Dated:     January 31, 2025
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge