UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VENTURE GROUP ENTERPRISES,
INC.,

                              Plaintiff,                    **20 Civ. No. 4095 (RA) (GS)**

            -against-                         **PRE-SETTLEMENT**
                                                                          **CONFERENCE ORDER**

VONAGE BUSINESS INC.,

                              Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Monday, February 24, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 613 795 069#.**

      SO ORDERED.

DATED:    New York, New York
                February 21, 2025

                                                                            _____
                                                                            The Honorable Gary Stein
                                                                            United States Magistrate Judge