UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VENTURE GROUP ENTERPRISES, INC.,

                    Plaintiff,

-v-

VONAGE BUSINESS INC. f/k/a VONAGE BUSINESS LTD.,

                    Defendant.

No. 20-CV-4095 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It has been reported to the Court that the parties' March 6, 2025 settlement conference was unsuccessful. It is the Court's understanding that two motions are presently briefed and pending determination: (1) Vonage's motion for costs, as described in the parties' November 4, 2024 letter, ECF No. 350, and (2) Venture's November 22, 2024 motion for expenses, ECF No. 354. No later than March 17, 2025, the parties shall file a joint letter confirming whether these are the only outstanding motions and proposing any additional steps in this action.

SO ORDERED.

Dated:    March 10, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge